18828. BEDINGFIELD *et al. v.* PARKERSON *et al.*

HEAD, Justice. The only assignment of error in the present case is on an order overruling the demurrers of the petitioners to the answer of the defendants. It does not appear that there has been any final judgment in the cause in the trial court. The writ of error is, therefore, prematurely brought to this court, and must be dismissed. *Tallent* v. *Lowry,* 177 *Ga.* 752 (171 S. E. 299); *Frankel* v. *Miami Butterine Co.,* 185 *Ga.* 284 (2) (194 S. E. 503); *Darden* v. *Roberts,* 193 *Ga.* 637 (19 S. E. 2d 270); *Rivers* v. *Hollingsworth,* 196 *Ga.* 708 (27 S. E. 2d 330); *Sitton* v. *Evans,* 205 *Ga.* 152 (52 S. E. 2d 599).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED JANUARY 11, 1955—DECIDED FEBRUARY 16, 1955.

*Carl K. Nelson, Nelson & Nelson,* for plaintiffs in error.
*R. M. Daley,* contra.